# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CARRIE YOUNG,

Plaintiff,

v.

HOME DEPOT U.S.A., INC., ET AL.,

Defendants.

Case No.  1:26-cv-3750-KES-EGC

**ORDER DIRECTING CLERK TO TERMINATE CERTAIN DEFENDANTS**

(Doc. 6)

On June 4, 2026, the parties filed a Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civil P.41(a)(1)(A)(ii) as to Defendant Cherise Williams, notifying the Court that this Defendant is voluntarily dismissed with prejudice.  (Doc. 6).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendant Cherise Williams.  Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is DIRECTED to TERMINATE Defendant Cherise Williams.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining Defendant.

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2