# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CARRIE YOUNG,

Plaintiff,

v.

HOME DEPOT,

Defendant.

Case No. 1:26-cv-3750-KES-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 17)

On October 22, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 17). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Erin Sung Castillo

UNITED STATES MAGISTRATE JUDGE